632

Gilbert Nelson, appellant, v. J. Weiner et al., appellees. Gen. No. 39,367.

Opinion filed October 20, 1937.

Gilbert Nelson, *pro se.* Abrams, Sherman & Lewis, for appellees J. Weiner and Harry Reisin; Irving S. Abrams, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Samuel Shapiro, appellant, v. Checker Taxi Company et al., appellees. Gen. No. 39,396.

Opinion filed October 20, 1937.

H. Kay George, for appellant. Julius Jesmer, for appellees.

Mr. Presiding Justice Hebel delivered the opinion of the court.

People of the State of Illinois, appellant, v. Louis Hunt, appellee. Gen. No. 39,435.

Opinion filed October 20, 1937.

Thomas J. Courtney, State's Attorney, for appellant; Edward E. Wilson and Amos P. Scruggs, Assistant State's Attorneys, of counsel. William B. Steinberg, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.

People of the State of Illinois, defendant in error, v. John Peltz, plaintiff in error. Gen. No. 39,476.

Opinion filed October 20, 1937.

H. Meyer Simborg, for plaintiff in error; Harry L. Yale, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Blair L. Varnes, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Sophie Labanowski, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 39,179.